Gallagher & Moore
Leslie T. Riasanovsky, Of Counsel (SBN 121111)
Frederick C. Moore, Esq. (SBN 122652)
2 Park Plaza, Ste. 680
Irvine, California 92614
Tel: (949) 955-9121
Fax: (949) 955-2875

Attorneys for Intervenor FEDERAL DEPOSIT
INSURANCE CORPORATION as Receiver of
PFF Bank & Trust

FILED
2012 NOV 26 PM 2:38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: ___

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ED CV 12 - 02066 VAP

| | |
|---|---|
| SA CALIFORNIA GROUP, INC., a Minnesota Corporation, as Assignee of US BANK NATIONAL ASSOCIATION, as Successor-In-Interest to the Federal Deposit Insurance Corporation as receiver of PFF BANK & TRUST, a Federal Savings Bank,<br><br>Plaintiff,<br><br>v.<br><br>SONOMA VILLAGE WEST, LLC, a California limited liability company; RHONDA DERINGER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | CASE NO.:<br>(Formerly Case No. CIVRS810625 in the San Bernardino County Superior Court, Rancho Cucamonga Courthouse)<br><br>**NOTICE OF NO KNOWN RELATED CASES (LOCAL RULE 83-1.3.1) BY INTERVENOR FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF PFF BANK & TRUST** |

      The undersigned, counsel of record for Intervenor Federal Deposit Insurance Corporation, as receiver of PFF Bank & Trust, is not aware of any action previously filed or currently pending in the United States District Court for the Central District of California that

| | |
|---|---|
| Dated: November 19, 2012 | GALLAGHER & MOORE |
| | By: _____ |
| | Leslie T. Riasanovsky, Of Counsel |
| | Attorneys for Intervenor Federal Deposit Insurance Corporation as Receiver of PFF Bank & Trust |

NOTICE OF NO KNOWN RELATED CASES BY INTERVENOR FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF PFF BANK & TRUST